AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>ROBERT LEROY TILLMAN<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 4:19-CR-6007-SMJ-2 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROBERT LEROY TILLMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1594(c) Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion
18 U.S.C. § 1591(a)(1), (b)(1) Sex Trafficking by Force, Fraud, or Coercion

Date: Jan 15, 2019, 1:38 pm

*Issuing officer's signature*

City and state: Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

Joseph H. Harrington
United States Attorney
Eastern District of Washington
Meghan M. McCalla
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 15 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT SAMUEL TILLMAN;
ROBERT LEROY TILLMAN; and
BRANDON C. CAMPBELL;

Defendants.

4:19-CR-6007-SMJ
INDICTMENT

Vio: 18 U.S.C. § 1594(c)
Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion (Count 1)

18 U.S.C. § 1591(a)(1), (b)(1)
Sex Trafficking by Force, Fraud, or Coercion (Counts 2, 4, and 6)

18 U.S.C. § 1591(a)(2), (b)(1)
Benefitting from Sex Trafficking by Force, Fraud, or Coercion (Counts 3, 5, and 7)

18 U.S.C. § 1591(a)(1), (b)(2)
Child Sex Trafficking (Count 8)

18 U.S.C. § 1591(a)(2), (b)(2)
Benefitting from Child Sex Trafficking (Count 9)

18 U.S.C. § 1594
Notice of Forfeiture Allegations

INDICTMENT                                            1

The Grand Jury charges:

## COUNT 1

Beginning on or about April 2, 2018, and continuing until on or about May 29, 2018, in the Eastern District of Washington and elsewhere, the Defendants, ROBERT SAMUEL TILLMAN, ROBERT LEROY TILLMAN, and BRANDON C. CAMPBELL, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means, persons, knowing and in reckless disregard of the fact that force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause such persons to engage in commercial sex acts, in violation of 18 U.S.C. § 1591(a); all in violation of 18 U.S.C. § 1594(c).

## COUNT 2

Beginning on or about April 2, 2018, and continuing until on or about April 16, 2018, in the Eastern District of Washington and elsewhere, the Defendants, ROBERT SAMUEL TILLMAN and ROBERT LEROY TILLMAN, knowingly, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained Victim V, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used

INDICTMENT 2

to cause Victim V to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (b)(1).

COUNT 3

Beginning on or about April 2, 2018, and continuing until on or about April 16, 2018, in the Eastern District of Washington and elsewhere, the Defendant, ROBERT SAMUEL TILLMAN, knowingly benefited, financially and by receiving anything of value, from participation in a venture which had, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained Victim V, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Victim V to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(2), (b)(1).

COUNT 4

Beginning in or about April 2018, and continuing until in or about May 2018, in the Eastern District of Washington and elsewhere, the Defendants, ROBERT SAMUEL TILLMAN and BRANDON C. CAMPBELL, knowingly, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained Victim W, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used

INDICTMENT 3

to cause Victim W to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (b)(1).

## COUNT 5

Beginning in or about April 2018, and continuing until or about May 2018, in the Eastern District of Washington and elsewhere, the Defendant, ROBERT SAMUEL TILLMAN and BRANDON C. CAMPBELL, knowingly benefited, financially and by receiving anything of value, from participation in a venture which had, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained Victim W, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Victim W to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(2), (b)(1).

## COUNT 6

Beginning in or about April 2018, and continuing until on or about May 29, 2018, in the Eastern District of Washington and elsewhere, the Defendants, ROBERT SAMUEL TILLMAN and BRANDON C. CAMPBELL, knowingly, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained Victim E, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used

INDICTMENT 4

to cause Victim E to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (b)(1).

## COUNT 7

Beginning in or about April 2018, and continuing until on or about May 29, 2018, in the Eastern District of Washington and elsewhere, the Defendant, ROBERT SAMUEL TILLMAN and BRANDON C. CAMPBELL, knowingly benefited, financially and by receiving anything of value, from participation in a venture which had, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained Victim E, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Victim E to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(2), (b)(1).

## COUNT 8

Beginning in or about April 2018, and continuing unitl on or about May 29, 2018, in the Eastern District of Washington and elsewhere, the Defendants, ROBERT SAMUEL TILLMAN and BRANDON C. CAMPBELL, knowingly, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained Victim E, knowing and in reckless disregard of the fact that Victim E had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (b)(2).

INDICTMENT 5

COUNT 9

Beginning in or about April 2018, and continuing until on or about May 29, 2018, in the Eastern District of Washington and elsewhere, the Defendant, ROBERT SAMUEL TILLMAN and BRANDON C. CAMPBELL, knowingly benefited, financially and by receiving anything of value, from participation in a venture which had, in or affecting interstate commerce, recruited, harbored, transported, provided, obtained, advertised, and maintained Victim E, knowing and in reckless disregard of the fact that Victim E had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(2), (b)(2).

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense(s) in violation of 18 U.S.C. § 1591, as charged in Counts 1 – 9 of this Indictment, Defendants, ROBERT SAMUEL TILLMAN, ROBERT LEROY TILLMAN and BRANDON C. CAMPBELL, shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense[s], and any property traceable to such property; and (2)

INDICTMENT 6

any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense[s], and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

> A sum of money in U.S. currency representing the amount of proceeds obtained as a result of the sex trafficking offense(s).

If any of the property described above, as a result of any act or omission of the defendant[s]:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

//
//
//
//

INDICTMENT    7

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 15th day of January, 2019.

A TRUE BILL

_____
Foreperson

Joseph H. Harrington
United States Attorney

_____
Thomas J. Hanlon
Supervisory Assistant United States Attorney

_____
Meghan M. McCalla
Assistant United States Attorney

INDICTMENT – 8

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 5 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# PENALTY SLIP

NAME: ROBERT LEROY TILLMAN

NUMBER OF COUNTS: 2

**Count 1:**

Viol: 18 U.S.C. § 1594(c) – Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion

Penalty: Up to life imprisonment, $250,000 fine, or both; with NLT 5 years but up to life of supervised release, and a $100.00 special assessment.

**Count 2:**

Viol: 18 U.S.C. § 1591(a)(1), (b)(1) – Sex Trafficking by Force, Fraud, or Coercion

Penalty: CAG NLT 15 years and up to life imprisonment, $250,000 fine, or both; with NLT 5 years but up to life of supervised release, and a $100.00 special assessment.

**All Counts:** an ADDITIONAL $5,000 special penalty assessment. Upon conviction, unless the Sentencing Court finds the defendant to be indigent, or that assessment is not payable due to other fines, orders of restitution, and any other victim-compensation obligation arising out of the criminal conviction that has been paid, an additional mandatory special assessment of $5,000 must also be imposed. See 18 U.S.C. 3014(a).

Case No. **4:19-CR-6007-SMJ-2**

USA Initials: MMM